JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** I _____    **Investigating Agency** IRS _____

**City**   Lowell _____    **Related Case Information:**

**County**   Middlesex _____

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number   26-MJ-5103-JGD
Search Warrant Case Number   23-MJ-5317-5319-JGD
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)?  If yes, case number _____    ☐ Yes  ☑ No

Defendant Name   LIM OU _____    Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name: _____

Address:   50 Ruth Street   Lowell, MA

Birth date (Yr only): 1960    SSN (last 4#): 2186    Sex: M    Race  Asian    Nationality: USA

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA:   VICTOR A. WILD    Bar Number if applicable: 543148

**Interpreter:**   ☑ Yes  ☐ No    List language and/or dialect:  Khmer (Cambodian)

**Victims:**   ☑ Yes  ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:**   ☑ Yes  ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**   ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**   ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  MAY 22, 2026    Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk):  _____

**Name of Defendant**    LIM OU

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 371 | Conspiracy | 1 |
| Set 2 | 26 USC 7202 | Willful Failure to Collect and Pay Over Tax | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Additional Section 7202 counts and Mail Fraud counts (18 U.S.C. 1341) expected to be brought

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

**Criminal Case Cover Sheet**　　　　　　　　　U.S. District Court - District of Massachusetts

| Place of Offense: _____ | Category No. **I** _____ | Investigating Agency **IRS** _____ |

**City** Lowell

**County** Middlesex

**Related Case Information:**

Superseding Ind./ Inf. _____　Case No. _____

Same Defendant _____　New Defendant _____

Magistrate Judge Case Number _____ 26-MJ-5103-JGD _____

Search Warrant Case Number _____ 23-MJ-5317-5319-JGD _____

R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____　☐ Yes　☑ No

Defendant Name **NALEN OU** _____　Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: 50 Ruth Street  Lowell, MA

Birth date (Yr only): 1986　SSN (last 4#): 2993　Sex: F　Race: Asian　Nationality: USA

Defense Counsel if known: _____　Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: **VICTOR A. WILD** _____　Bar Number if applicable: 543148

**Interpreter:** ☑ Yes ☐ No　List language and/or dialect: Khmer (Cambodian)

**Victims:** ☑ Yes ☐ No　If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested　☐ Regular Process　☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .

☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint　☐ Information　☐ Indictment

**Total # of Counts:** ☐ Petty _____　☐ Misdemeanor _____　☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: MAY 22, 2026　Signature of AUSA: _____

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   NALEN OU

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 371 | Conspiracy | 1 |
| Set 2 | 26 USC 7202 | Willful Failure to Collect and Pay Over Tax | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Additional Section 7202 counts and Mail Fraud counts (18 U.S.C. 1341) expected to be brought

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013